# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**RICHARD OLSON et al.,**

    Plaintiffs,

    v.                                            Case No. 17-CV-1802

**CITY OF RACINE, et al.**

    Defendants.

## ORDER OF DISMISSAL

On March 13, 2018, Plaintiffs Richard Olson, Racine Indoor Motocross, LLC, Marquette Warehouse, LLC, Marquette Distribution Center LLC, Urban Sustainable Aquaponics, LLC, Riverside Business Center, LLC, Sam Azarian & Sons Marina, Inc., Azar, LLC, Azarian Wrecking, LLC, and RAZA of Racine LLC, and Defendants City of Racine, Redevelopment Authority of the City of Racine, James Spangenberg, Matthew Sadowski, Thomas J. Friedel, and John Dickert (collectively, the "parties" and singularly "party") filed a Stipulation for Dismissal of Entire Case (the "Stipulation"), agreeing to dismiss this case in its entirety—some claims with prejudice and some without—and without costs to any party. The Court will adopt the Stipulation and dismiss this case in accordance with its terms. Accordingly,

**IT IS HEREBY ORDERED** that the parties' Stipulation is hereby accepted and its terms adopted by this Court.

**IT IS FURTHER ORDERED** that pursuant to the Stipulation and Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter be and the same is hereby **DISMISSED** in its entirety and without costs to any party as follows:

1. Count I of the Plaintiffs' First Amended Complaint filed in this case on December 30, 2017, is dismissed with prejudice with respect to all parties and without costs to any party;

2. Count II of the Plaintiffs' First Amended Complaint filed in this case on December 30, 2017, is dismissed without prejudice with respect to all parties and without costs to any party;

3. Count III of the Plaintiffs' First Amended Complaint filed in this case on December 30, 2017, is dismissed with prejudice with respect to all parties and without costs to any party;

4. Those parts of Counts IV, V, VI, and VII of the Plaintiffs' First Amended Complaint filed in this case on December 30, 2017, which seek relief under any federal law, federal statute or regulation, and/or provision of the United States Constitution are dismissed with prejudice with respect to all parties and without costs to any party; and

5. Those parts of Counts IV, V, VI, and VII of the Plaintiffs' First Amended Complaint filed in this case on December 30, 2017, which seek relief under any state law, state statute or regulation, and/or provision of a state constitution are dismissed without prejudice with respect to all parties and without costs to any party.

Dated at Milwaukee, Wisconsin this 15th day of March, 2018.

BY THE COURT

*s/Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge